NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN L. WILLIS,**
*Appellant,*

v.

**CAN'T STOP PRODUCTIONS, INC.,**
*Appellee.*

---

2012-1109
(Cancellation Nos. 92051213 & 92051215)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Upon consideration of Karen L. Willis's motion for an extension of time to file her principal brief,

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is further stayed pending resolution of the motion to dismiss. Fed. Cir. R. 31(c).

FOR THE COURT

MAR 0 2 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Karen L. Willis
Jay A. Bondell, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 2 2012

**JAN HORBALY**
**CLERK**